UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT CARDOVA, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SHERIFF DEPARTMENT et al.,<br><br>    Defendants. | 3:16-cv-00335-MMD-VPC<br><br>ORDER |

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and a financial certificate. (ECF No. 1-1, 1-3). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as

1  the document entitled information and instructions for filing an *in forma pauperis* application.

2  IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,
3  Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the
4  correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or
5  (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50
6  administrative fee).

7  IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
8  dismissal of this action may result.

9  IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF
10 No. 1-1), but shall not file it at this time.

12 DATED: This 20th day of June, 2016.

_____
United States Magistrate Judge