## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT CORDOVA, SR., ) | 3:16-CV-0335-MMD (VPC) | |
| Plaintiff, ) | **MINUTES OF THE COURT** | |
| vs. ) | February 27, 2017 | |
| DR. JOHNS, et al., ) | | |
| Defendants. ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for the address of the U.S. Marshal's Office (ECF No. 10) is **GRANTED**.  The address is U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

The court further notes that the USM-285 forms delivered to the Clerk's Office with the motion were delivered to the U.S. Marshal on February 21, 2017.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:         /s/
         Deputy Clerk