1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                    * * *

9    VINCENT CORDOVA, SR.,                    Case No. 3:16-cv-00335-MMD-VPC
                              Plaintiff,
10

11        v.                                  ORDER ADOPTING AND ACCEPTING
                                              REPORT AND RECOMMENDATION OF
     ABIGAIL BIGGAR, *et al.*,                       MAGISTRATE JUDGE
12                                                   VALERIE P. COOKE
                              Defendants.
13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge Valerie P. Cooke ("R&R") (ECF No. 22) relating to defendants' motion to dismiss

16   (ECF No. 15). Plaintiff had until June 19, 2017, to file an objection. To date, no objection

17   to the R&R has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23   to object, however, the court is not required to conduct "any review at all . . . of any issue

24   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28   of review employed by the district court when reviewing a report and recommendation to

which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the R&R without review. *See, e.g., Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cooke's R&R. Defendants seek dismissal of Plaintiff's two claims for use of excessive force based on the expiration of the two year statute of limitations. (ECF No. 15.) The Magistrate Judge agrees with defendants that Plaintiff's claims are time barred and accordingly recommends dismissal of the Complaint. (ECF No. 22.) Upon reviewing the R&R and filings in this case, the Court agrees with the Magistrate Judge's finding and will adopt the R&R in full.

It is therefore ordered, adjudged and decreed that the R&R of Magistrate Judge Valerie P. Cooke (ECF No. 22) is accepted and adopted in its entirety.

It is further ordered that defendants' motion to dismiss (ECF No. 15) is granted.

It is further ordered that the Clerk enter judgment in accordance with this Order and close this case.

DATED THIS 27th day of June 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE