# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VINCENT CORDOVA, SR., <br> Plaintiff, <br> v. <br> ABIGAIL BIGGAR, *et al.*, <br> Defendants. | Case No. 3:16-cv-00335-MMD-VPC <br><br> ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 31.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. Am. Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 17th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE